MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
BEATRICE NA, CSBN 303390
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    160 Spear St. Ste. 800
    San Francisco, CA 94105
    Telephone: (415) 977-8967
    Facsimile: (415) 744-0134
    E-mail: beatrice.na@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEBORAH JENSEN,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:18-cv-02182-AC<br><br>MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE ANSWER AND CERTIFIED ADMINISTRATIVE RECORD AND ~~PROPOSED~~ ORDER |

Defendant, though her undersigned attorney, hereby moves the Court to extend the time for Defendant to file her Answer to Plaintiff's Complaint and Certified Administrative Record (CAR) by 30 days, from January 9, 2019 to February 8, 2019. This is Defendant's first request for an extension.

There is a good cause for this extension. The Agency's component responsible for preparing CARs, Office of Hearings Operations (OHO), has informed Defendant's counsel on January 8, 2019 that it needs additional time to produce and deliver a copy of the CAR to the United States Attorney's Office. Defendant's counsel requests this additional time so that OHO

can complete the production and delivery of the CAR for filing with the Court and delivery to Plaintiff.

Defendant's counsel contacted Plaintiff at 916-678-8594 on January 8, 2019 and left a voicemail regarding Defendant's request for an extension of time. Defendant's counsel will also mail a copy of this filing to Plaintiff at 2040 Sutterville Road, #6 Sacramento, CA 95822.

Defendant makes this request in good faith, with no intent to prolong proceedings unduly, and Defendant's counsel apologizes to Plaintiff and the Court for the delay this extension may cause.

Defendant also requests that all other deadlines in the Court's Scheduling Order be extended accordingly.

Respectfully submitted,

Dated: January 9, 2019        MCGREGOR W. SCOTT
United States Attorney

By:    */s/ Beatrice Na*
BEATRICE NA
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

DATED: January 9, 2019       _____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE