MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
BEATRICE NA, CSBN 303390
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    160 Spear St Ste 800
    San Francisco, CA 94105
    Telephone: (415) 977-8967
    Facsimile: (415) 744-0134
    E-mail: beatrice.na@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEBORAH JENSEN,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:18-cv-02182-CKD<br><br>MOTION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g); ORDER OF REMAND, AND ENTRY OF JUDGMENT |

    Defendant hereby moves, through her counsel of record, that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four.

    On remand, the Appeals Council will further develop the record as necessary, and either issue a new decision, or remand the case to an Administrative Law Judge for further proceedings.

    Defendant's counsel contacted Plaintiff on May 23, 2019 at (916) 678-8594 and received a message that Plaintiff's mailbox was full for Defendant's counsel to leave a message to inform

her of this motion. Due to Defendant's counsel's upcoming leave schedule, Defendant's counsel needs to file this motion at this time in order to meet the court's deadline by May 30, 2019. Defendant's counsel will request that a copy of this motion be mailed to Plaintiff.

Defendant requests that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: May 23, 2019
MCGREGOR W. SCOTT
United States Attorney

By: /s/ Beatrice Na
Beatrice Na
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

As plaintiff has not opposed the instant motion as of July 9, 2019, the court concludes that plaintiff is in agreement with the above.

ACCORDINGLY, PURSUANT TO MOTION, IT IS SO ORDERED.

Dated: July 9, 2019

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE